# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **TITANIDE VENTURES, LLC,**<br><br>             **Plaintiff,**<br><br>      v.<br><br>**GOOGLE, INC.,**<br><br>             **Defendant.** | **Case No.: 4:12-cv-00161-RAS**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE GOOGLE, INC.

Plaintiff Titanide Ventures, LLC ("Titanide") and Defendant Google, Inc. ("Google") announce to the Court that they have settled their claims for relief asserted in this cause and thus move this Court to dismiss all claims asserted between Titanide and Google with prejudice. Each party is to bear its own costs and fees, including attorneys' fees.  A proposed order accompanies this Motion.


DATED:  July 30, 2012            Respectfully submitted,


                                 */s/Christopher D. Banys*
                                 Christopher D. Banys - ***Lead Attorney***

                                 THE LANIER LAW FIRM, P.C.
                                 Christopher D. Banys   SBN: 230038 (California)
                                 Daniel W. Bedell          SBN: 254912 (California)
                                 2200 Geng Road, Suite 200
                                 Palo Alto, CA 94303
                                 (650) 322-9100      (650) 322-9103 (fax)
                                 cdb@lanierlawfirm.com
                                 dwb@lanierlawfirm.com

LOCAL COUNSEL:

WARD & SMITH LAW FIRM
Wesley Hill          SBN: 24032294
P.O. Box 1231
1127 Judson Road, Suite 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (Fax)
wh@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
TITANIDE VENTURES, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 30th day of July, 2012.

                                              */s/ Georgia Perivoliotis*
                                              Georgia Perivoliotis