**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **TITANIDE VENTURES, LLC,** <br><br> **Plaintiff,** <br><br> v. <br><br> **GOOGLE, INC.,** <br><br> **Defendant.** | **Case No.: 4:12-cv-00161-RAS** <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO GOOGLE, INC.

Plaintiff Titanide Ventures, LLC and Defendant Google, Inc. have announced to the Court that they have settled their claims for relief asserted in this cause. Having considered the Parties' request, the Court is of the opinion that the request for dismissal should be GRANTED [de #19].

IT IS THEREFORE ORDERED that all claims for relief asserted between Titanide Ventures, LLC and Google, Inc. herein are **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each Party incurring the same.

**SIGNED this the 22nd day of August, 2012.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE